UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

            Plaintiff,                    Case No. 1:14:CR:88

v.

                                      HON. GORDON J. QUIST

DAVID CHRISTIAN ANTONY,

            Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed October 2, 2014, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant David Christian Antony's plea of guilty to Count One of the Indictment is accepted. Defendant David Christian Antony is adjudicated guilty.

3.      Defendant David Christian Antony shall be detained pending sentencing.

Dated:  October 22, 2014              _____/s/ Gordon J. Quist_____
                                       GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE